Ck# 119
rcpt # 128101

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: KELLY, AIREL A
KELLY, JONA B.

Case No. 08-33279

Debtor(s)

Chapter 7

Judge Mary Ann Whipple

## TRANSMITTAL OF UNCLAIMED FUNDS

Ericka S. Parker, Trustee in the above-captioned estate reports the following:

1. Ninety days have passed since the final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Name | Address | Amount |
|---|---|---|
| Toledo Hospital, | 2142 North Cove Blvd., Toledo, OH 43606 | $16.29 |

2. Your Trustee's check for $16/29 payable to the Clerk of the United States Bankruptcy court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: 11/19/2009

Ericka S. Parker, Trustee

Office of the U. S. Trustee
*Served electronically

ep\unclafunds.frm